IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SIERRA CLUB,
CENTER FOR BIOLOGICAL DIVERSITY,
and DEFENDERS OF WILDLIFE,

    Plaintiffs,

v.

JAMES KENNA, in his official capacity as
California State Director, Bureau of Land
Management,
UNITED STATES BUREAU OF
LAND MANAGEMENT, and
KEN L. SALAZAR,
in his official capacity as Secretary, United States
Department of the Interior,

    Defendants,

NORTH SKY RIVER ENERGY, LLC,

    Proposed Intervenor-Defendant.

No. 2:12-cv-974-JAM-DAD

**ORDER**

Upon consideration of the Parties' Joint Stipulation and for good cause shown, IT IS HEREBY ORDERED

1. that Federal Defendants James Kenna, the United States Bureau of Land Management, and Ken L. Salazar, may have a sixty-one-day extension of time from June 13, 2012, to and including August 13, 2012, to file answers, to file motions, or to respond otherwise to Plaintiffs' Complaint.

2. Federal Defendants shall (1) file their notices of lodging of the administrative record, (2) lodge the administrative record with the Court via overnight mail, and (3) serve them on Plaintiffs and Proposed Intervenor-Defendant via overnight mail. Federal Defendants may submit the record in electronic format, but then need not file the administrative record via ECF.

PDF created with pdfFactory trial version www.pdffactory.com

1
2  DATED: June 12, 2012            /s/ John A. Mendez
3                                  JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE
4
5
...
28 SIERRA CLUB V. KENNA, NO. 2:12-CV-974-JAM-DAD                                    2
[PROPOSED] ORDER ON STIP. FOR EXTENSION FOR FED. DEFS.'
RESP. TO COMPL.

PDF created with pdfFactory trial version www.pdffactory.com