# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, ET AL.,<br><br>Defendants,<br><br>NORTH SKY RIVER ENERGY, LLC,<br><br>Proposed Intervenor-Defendant. | Case No. 2:12-cv-00974-JAM-DAD<br><br>**ORDER** |

Upon consideration of the Parties' Joint Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Parties may have a sixty-one-day extension of time from June 13, 2012, to and including August 13, 2012, to confer and file the joint status report required by Fed. R. Civ. P. 26(f) and the Court's April 13, 2012, order.

DATED: June 14, 2012        /s/ John A. Mendez
                            JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com