**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAMES KENNA, California State Director, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and KEN SALAZAR, Secretary, United States Department of the Interior,<br><br>  Defendants.<br><br>NORTH SKY RIVER ENERGY, LLC,<br><br>  Intervenor-Defendant. | Case No. 2:12-cv-00974-JAM-DAD<br><br>**ORDER GRANTING MOTION TO INTERVENE**<br><br>Hearing Date: July 11, 2012<br>Time: 9:30 a.m.<br>Courtroom: 6<br>Judge: Hon. John A. Mendez |

Having considered Proposed Intervenor-Defendant North Sky River Energy, LLC's ("NSRE") Unopposed Motion For Leave To Intervene Under FRCP 24, and upon finding good cause, the Court hereby FINDS AND ORDERS:

1. NSRE's Unopposed Motion to Intervene is GRANTED.
2. The motion is timely.
3. NSRE has significant and protectable legal interests related to the subject of this litigation, including economic interests and interests as intended beneficiaries of the rights-of-way (collectively "right-of-way") granted by the Bureau of Land Management ("BLM") to NSRE at issue in this litigation.

PDF created with pdfFactory trial version www.pdffactory.com

4. The relief requested by Plaintiffs in their Complaint will, if granted, adversely affect NSRE as it will result in NSRE's inability to use the right-of-way and thus will impair or impede NSRE's ability to protect its interests.

5. Federal Defendants cannot adequately protect NSRE's interest because Federal Defendants do not have proprietary interests at stake. By contrast, NSRE seeks to protect its economic and other interests by opposing Plaintiff's efforts to vacate the right-of-way. The government's broader interests differ from the interests of NSRE.

6. Accordingly, pursuant to FRCP 24(a), NSRE shall be permitted to intervene as of right and is hereby granted full party status for all purposes as a Defendant in this matter.

**IT IS SO ORDERED.**

DATED this 26th day of June, 2012.          /s/ John A. Mendez

United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on June 1, 2012, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, Eastern District of California, by using the CM/ECF system. All counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Christine Wade Griffith*
Christine Wade Griffith